■ In the Matter of EMANUEL T.O.M. (Also Known as TYRESE E.M.O. and EMANUEL T.M.) and Another, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; WILLIAM M., Appellant. (Appeal No. 2.) [864 NYS2d 379]—Appeal from an order of the Family Court, Monroe County (John J. Rivoli, J.), entered May 7, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.

■ In the Matter of EMANUEL T.O.M. (Also Known as TYRESE E.M.O. and EMANUEL T.M.) and Another, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; TRACY O. (Also Known as TRACY B., LILY G., TRACY O.B., TRACY G., TRACY O.G. and TRACY G.O.), Appellant. (Appeal No. 1.) [864 NYS2d 379]—Appeal from an order of the Family Court, Monroe County (John J. Rivoli, J.), entered March 26, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.